United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM P RAMEY, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01462 |
| | § | |
| JONATHAN STROUD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court, having considered defendant Bloomberg L.P.'s unopposed motion to extend deadline to respond to the plaintiffs' Original Complaint (Dkt. No. 10), finds that the motion is meritorious and should be granted.

It is, therefore, **ORDERED** that the unopposed motion is **GRANTED**.

It is **FURTHER ORDERED** that Bloomberg's deadline to respond to the plaintiffs' Complaint is extended until May 6, 2026.

It is so **ORDERED**.

SIGNED on March 27, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge