United States District Court
Southern District of Texas

**ENTERED**

April 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM P RAMEY, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01462 |
| | § | |
| JONATHAN STROUD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **STANDING ORDER**

In the interest of judicial economy, the Court enters this Standing Order as follows concerning the entry of a Scheduling Order.

The appearances of *pro se* counsel and licensed attorneys representing clients are waived. Therefore, no telephonic or court appearance is necessary going forward.

Nevertheless, the parties are to file their Joint Discovery/Case Management Plan, pursuant to the Federal Rules.  The Court will issue a Scheduling Order in due course after the scheduled appearance date.

It is so ORDERED.

SIGNED on April 1, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge