United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM P RAMEY, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01462 |
| | § | |
| JONATHAN STROUD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court, having considered defendant RPX Corporation's ("RPX") unopposed motion to extend deadline to file certificate of disclosure of interested parties and extend deadline to respond to the plaintiff's Complaint (Dkt. No. 22), finds that the unopposed motion is meritorious and should be granted.

It is, therefore, **ORDERED** that the motion is **GRANTED.**

It is **FURTHER ORDERED** that:

1. RPX's deadline to answer or otherwise respond to the Complaint is extended from April 6, 2026, to May 6, 2026;

2. The deadline for all parties to file a certificate of disclosure of interested parties is extended to May 6, 2026.

It is so **ORDERED**.

SIGNED on April 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1