United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM P RAMEY, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01462 |
| | § | |
| JONATHAN STROUD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the plaintiffs' unopposed motion to extend the time required to respond to the defendants' motions to dismiss (Dkt. No. 37). After having reviewed the unopposed motion, the Court determines that the unopposed motion should be **GRANTED**.

Accordingly, it is, therefore, ORDERED that the time required to respond to the defendants' motions to dismiss is extended until June 10, 2026.

It is so ORDERED.

SIGNED on May 18, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge