United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM P RAMEY, III, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01462 |
| | § | |
| JONATHAN STROUD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING TELEPHONE CONFERENCE

The parties are hereby notified that a status conference regarding defendants', Unified Patents, LLC and Jonathan Stroud's motion to declare TDMA request insufficient and untimely (Dkt. No. 38) is set for **June 17, 2026, at 8:30 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

It is so ORDERED.

SIGNED on June 8, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge